| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>KERN, TERENCE C. | 2. Court or Organization<br><br>USDC/NDOK | 3. Date of Report<br><br>5/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>333 West 4th Street, Rm 411<br>Tulsa OK 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 10 A 10:37 FINANCIAL DISCLOSURE OFFICE

Kern, Terence C.

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. |  |  |  |
| 2. |  |  |  |
| 3. |  |  |  |
| 4. |  |  |  |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year. complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. |  |  |
| 2. |  |  |
| 3. |  |  |
| 4. |  |  |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

|  | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. |  |  |  |  |  |
| 2. |  |  |  |  |  |
| 3. |  |  |  |  |  |
| 4. |  |  |  |  |  |
| 5. |  |  |  |  |  |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Oil & Gas Leases: | | | | | | | | | Heading for lines 2-17 |
| 2.  ----L Tuley, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 3.  ----Lash, Murray Co, OK | A | Royalty | J | W | | | | | |
| 4.  ----Crump, Murray Co, OK | A | Royalty | J | W | | | | | |
| 5.  ----Floyd, Garvin Co, OK | B | Royalty | J | W | | | | | |
| 6.  ----Gibson, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 7.  ----Muncrief, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 8.  ----Beers Lite, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 9.  ----Kenneth, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 10.  ----Edna, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 11.  ----Stanton, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 12.  ----Kimball, Major Co, OK | A | Royalty | J | W | | | | | |
| 13.  ----Miller, Major Co, OK | C | Royalty | J | W | | | | | |
| 14.  ----Spark, Bensch, Major Co, OK | A | Royalty | J | W | | | | | |
| 15.  ----BcWk, Logan Co, OK | A | Royalty | J | W | | | | | |
| 16.  ----Royalty Int, Custer Co, OK | A | Royalty | J | W | | | | | |
| 17.  ----Royalty Int, Stephens Co, OK | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  BROKERAGE ACCOUNT # 4 | | | | | | | | | Heading for lines 19-36 |
| 19.  --Xeta Tech | | None | J | T | | | | | |
| 20.  --Pfizer Inc. | A | Dividend | | | Sold | 11/09/09 | J | A | |
| 21.  --AIP (formerly called MSDW, Inc.) | D | Interest | L | T | | | | | |
| 22.  --UBS Bank USA Dep Acct | A | Int./Div. | K | T | | | | | (Active Asset Money Fund) |
| 23.  --Analog Devices Inc | A | Dividend | J | T | | | | | |
| 24.  --Walgreen Co | A | Dividend | J | T | | | | | |
| 25.  --Williams Co | A | Dividend | J | T | Buy (add'l) | 01/15/09 | J | | |
| 26.  --Devon Energy Corp | A | Dividend | | | Buy | 01/15/09 | J | | |
| 27. | | | | | Sold | 09/03/09 | J | A | |
| 28.  --Ishares Trust Dow Jones Technology Sector Index | B | Dividend | J | T | Buy | 06/18/09 | J | | |
| 29.  --Ishares Trustr S&P Global Materials Index Fund | A | Dividend | J | T | Buy | 06/18/09 | J | | |
| 30.  --Ishares Dow Jones US Oil & Equip & Services | A | Dividend | | | Buy | 06/18/09 | J | | |
| 31. | | | | | Sold | 11/03/09 | J | B | |
| 32.  --Ishares Dow Jones US Telecom Sector | | None | J | T | Buy | 12/30/09 | J | | |
| 33.  --Ishares Trust S&P Global Consumer Staples Index | | None | J | T | Buy | 12/30/09 | J | | |
| 34.  --Ishares Dow Jones US Aerospace & Defense | | None | J | T | Buy | 12/30/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --United States Oil Fund | A | Dividend | | | Buy | 02/17/09 | K | | |
| 36. | | | | | Sold | 08/12/09 | K | B | |
| 37.  BROKERAGE ACCOUNT # 7 | | | | | | | | | Heading for lines 38-57 |
| 38.  --Cimarex Energy | A | Dividend | J | T | | | | | |
| 39.  --Dow Chemical Co | A | Dividend | J | T | | | | | |
| 40.  --Helmerich & Payne | A | Dividend | K | T | | | | | |
| 41.  --Energy Transfer Partners LP | B | Distribution | K | T | | | | | |
| 42.  --Pfizer Inc. | A | Dividend | | | Buy (add'l) | 02/11/09 | J | | |
| 43. | | | | | Sold | 11/09/09 | J | A | |
| 44.  --Phillip Morris Intl Inc | A | Dividend | | | Buy | 01/21/09 | J | | 2008 Split off from Altria |
| 45. | | | | | Sold | 08/21/09 | J | B | |
| 46.  --Gilead Science | | None | | | Sold | 08/11/09 | J | | |
| 47.  --Coca Cola Co | A | Dividend | J | T | | | | | |
| 48.  --United Technologies | A | Dividend | J | T | | | | | |
| 49.  --Devon Energy Corp | A | Dividend | | | Buy | 02/10/09 | J | | |
| 50. | | | | | Sold | 09/03/09 | J | A | |
| 51.  --Ishares MSCI Emerging Markets Index Fund | A | Dividend | J | T | Buy | 09/21/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | A | Dividend | J | T | Buy (add'l) | 09/21/09 | J | | |
| 53. --McKesson Corp | A | Dividend | K | T | Buy | 11/03/09 | J | | |
| 54. --United States Oil Fund | A | Dividend | | | Buy | 02/17/09 | J | | |
| 55. | | | | | Sold | 08/21/09 | J | A | |
| 56. --Ishares Trust S&P Global Infrastructure Index | A | Dividend | J | T | Buy | 09/21/09 | J | | |
| 57. --UBS Bank USA Deposit Acct | A | Interest | K | T | | | | | |
| 58. BROKERAGE ACCOUNT # 8 | | | | | | | | | Heading for lines 59-68 |
| 59. --BPZ RES Inc Com | D | Dividend | K | T | Buy (add'l) | 01/21/09 | J | | |
| 60. --BPZ RES Inc Com | | Dividend | J | T | Buy (add'l) | 11/12/09 | J | | |
| 61. --Whiting Pete Corp New Com | | Int./Div. | | | Buy | 01/14/09 | K | | |
| 62. | | Int./Div. | | | Buy (add'l) | 01/29/09 | K | | |
| 63. | | Int./Div. | | | Buy (add'l) | 07/06/09 | K | | |
| 64. | | | | | Sold (part) | 08/11/09 | K | D | |
| 65. | | | | | Sold (part) | 08/11/09 | J | A | |
| 66. | | | | | Sold (part) | 08/24/09 | J | C | |
| 67. | | | | | Sold | 08/24/09 | J | D | |
| 68. --Federated Capital Reserves | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D.=$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Bank of Oklahoma accounts | B | Interest | K | T | | | | | . |
| 70. F&M Bank account | A | Interest | J | T | | | | | |
| 71. F&M Bank CD (Y) | | | | | | | | | See Note, Section VIII. |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 18 - Brokerage Account #4 was totally moved from Morgan Stanley to UBS, but will still be listed as Brokerage Account #4.

Line 37 - Brokerage Account #7 was totally moved from Morgan Stanley to UBS, but will still be listed as Brokerage Account #7.

Line 71 - F&M CD on last year's report Line 44, was incorrect. The CD matured on 8/15/08, and there is no new CD.

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544